Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax:   (310) 726-0893
Email: bob@lauson.com
Attorneys for Plaintiff
ANDCAKE, INC.

FILED
2013 JAN 14  PM 12: 40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AndCake, Inc., a California Corporation

                Plaintiff,

vs.

Norm Thompson Outfitters, Inc., an Oregon Corporation, DOES 1-9 Inclusive

                Defendants.

CASE NO.: CV13-00257-JCG

COMPLAINT FOR:

(1) Copyright Infringement

DEMAND FOR JURY TRIAL

///
///
///

For its Complaint, Plaintiff AndCake, Inc. ("AndCake") alleges as follows:

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq., against Defendants:

## The Parties

2. AndCake, Inc. is a corporation duly organized and existing under the laws of the State of California, having offices at 1532 N. Columbus Avenue, Glendale, California.

3. Upon information and belief, Defendant Norm Thompson Outfitters, Inc. is a corporation organized and existing under the laws of the State of Oregon, having offices at 3188 NW Aloclek Drive Hillsboro, Oregon 97124.

4. The true names and capacities of Defendants DOES 1-9 inclusive, are unknown to AndCake, who therefore sues them by such fictitious names. AndCake will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained. AndCake is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that AndCake's damages as herein alleged were proximately caused by those Defendants.  At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## Jurisdiction and Venue

5. The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. §§ 1331, 1338(a) as federal questions pertaining to copyright federal laws, or alternatively predicated on 28 U.S.C. §§ 1332(a)(1), (2) under diversity of citizenship in this action involving citizens of different states and a citizen of a foreign state and the amount in controversy exceeding $75,000 exclusive of interest and costs.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c), as Defendants have committed acts of infringement or other unlawful acts here, and are subject to personal jurisdiction based on their contacts relevant to this dispute and their continuous and systematic contacts with California.

## Factual Background

7. Plaintiff AndCake, Inc. has been engaged in the business of creating various designs, and marketing and selling clothing since at least as early as 1999.

8. In 2005 AndCake created a Spring Garden (the "Work"), and in January, 2006 publically disclosed the work and began selling clothing embodying the work.

9. A copyright registration in AndCake's Spring Garden designs (the "Work") is pending with the U.S. Copyright Office. Attached at Exhibit A is a true and correct copy of the application corresponding to the copyright at issue in this action.

10. Only recently AndCake discovered that Defendant Norm Thompson used its copyrighted design without authorization from 2007- 2009 or later. Attached at Exhibit B is a true and correct copy of a web page showing Norm Thompson selling a garment embodying the Spring Garden Work.

11. AndCake through counsel contacted Norm Thompson, requesting that they identify their source of the infringing item and agree to reasonable compensation for the past infringement. Norm Thompson's attorneys refuse to comply with AndCake's request and negotiate an appropriate settlement.

## Count I
## Copyright Infringement
## (Against All Defendants)

12. AndCake repeats and alleges each and every allegation contained in paragraphs 1-11 of this Complaint and incorporates them herein.

13. AndCake is the sole owner of all rights, title and interest in and to the copyright in the Garden Design Work including the right to sue infringers and collect damages for past infringements.

14. Defendants had access to the Work, and they knowingly, directly copied the it and/or proceeded to distribute said unauthorized copies in this judicial district and in California, across the United States and elsewhere, and engaged in conduct that forms part of or furthers the infringement of others.

15. Defendants' acts were without the consent of AndCake.

16. By the aforesaid acts, Defendants have infringed upon AndCake's reproduction and distribution rights in violation of the Copyright Act, 17 U.S.C. §101 et seq.

17. Upon information and belief, Defendants' acts were willful or at least grossly negligent in violating AndCake's rights under the Copyright Act.

19. Defendants wrongly profited from said copying, sales and distribution, and AndCake was damaged in amounts subject to proof at trial.

WHEREFORE, Plaintiff prays for judgment as follows:

1. that Defendants be found liable for having knowingly and willfully infringed Plaintiffs' copyrights and other violations of the law as alleged herein;

2. that Defendants render an accounting to AndCake as to the Work copied and distributed, for revenue amounts received for the same;

3. that Defendants pay damages to AndCake in amounts according to proof;

4. that Defendant and all persons in active concert or participating with any of them be enjoined from engaging in further unfair, unlawful and fraudulent acts and business practices and violations of the Copyright Act as alleged herein;

5. that Defendant deliver up to AndCake all originals or copies in any form of AndCake's Work wrongfully in their possession, custody or control;

6. that the court award to AndCake reasonable attorneys' fees to the extent available under applicable law;

7. that Defendants pay interest on all monies owed according to law; and,

8.    for such other and further relief the Court deems just and appropriate.

                                              Respectfully submitted,

                                              LAUSON & TARVER LLP

Dated: January __, 2013        By: _____
                                                 Robert J. Lauson, Esq.
                                                 Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted.

Dated: January 8, 2013      By: _____
                                Robert J. Lauson, Esq.
                                Attorneys for Plaintiff

# Case Summary

Case Number: 1-864124141   Case Type: Work of the Visual Arts
Contact Name: Robert Lauson   Opened: 12/13/2012

## Update Activity

| Activity Type | Status | Created | Created By |
|---|---|---|---|

No Re

## Comments

### All Titles

| Title of Work | Volume | Number | Issue Date | Type |
|---|---|---|---|---|
| Spring Garden | | | | Title of work being registered |

1 -

## Publication/Completion

| Published Work | Year Created | Publication Date | Nation of First Publication | ISN Type | IS Number | Preregistration Number |
|---|---|---|---|---|---|---|
| Yes | 2005 | 1/1/2006 | United States | | | |

## Authors & Contributions (VA)

| Name | Organization Name | Work For Hire | Citizenship | Domicile | Year of Birth | Year of Death | Anonymous | Pseudonymous | Pseudonym | Text | Photo | Jewelry | Architectural | 2-D Art | Sculpture | Map | Technical Drawing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stephanie Larrowe | | | United States | United States | 1965 | | Y | N | | | | ✓ | | | | | |

1 -

## Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt Other | Address |
|---|---|---|---|---|
| Stephanie Larrowe | | | | 1532 N. Columbus Avenue, Glendale, CA, 91202, United States |

1 -

## Claim Limitations review (VA)

| Material Excluded | New Material Included |
|---|---|
| Text Jewelry Photograph(s) | Text Jewelry Photograph(s) |

EXHIBIT A

2nd Prev

**Rights & Permissions**

    2D Artwork
    Sculpture
    Architectural
    Technical Drawing
    Map
    Other

**Correspondent**

| | |
|---|---|
| First Name: | Robert |
| Middle Name: | J. |
| Last Name: | Lauson |
| Email: | bob@lauson.com |
| Phone: | (310) 726-0892 |
| Alternate Phone: | |

| | |
|---|---|
| Organization Name: | Lauson & Tarver LLP |
| Address 1: | 880 Apollo Street |
| Address 2: | Suite 301 |
| City: | El Segundo |
| State: | CA |
| Postal Code: | 90245 |
| Country: | United States |

**Mail Certificate**

| | |
|---|---|
| First Name: | Robert |
| Middle Name: | J. |
| Last Name: | Lauson |
| Phone: | (310) 726-0892 |
| Fax: | (310) 726-0893 |

| | |
|---|---|
| Organization Name: | Lauson & Tarver LLP |
| Address 1: | 880 Apollo Street |
| Address 2: | Suite 301 |
| City: | El Segundo |
| State: | CA |
| Postal Code: | 90245 |
| Country: | United States |

**Certification**

    2D Artwork
    Sculpture
    Architectural
    Technical Drawing
    Map
    Other

**Name:** Robert J. Lawson
**Certified:** ✓
**Special Handling:**
**Applicant's Internal Tracking Number:** 12-29327
**Note to Copyright Office:**





**Norm Thompson** escape ... ... ordinary   🖨 Print this page



## Product Reviews

This product is no longer available. Continue shopping at **Norm Thompson**.

Floral Embroidery Shirt

Floral Embroidery Shirt

**Average Customer Rating:** ★★★★☆ 4 out of 5

**10** of **13** (77%) reviewers would recommend this product to a friend.

Customer Reviews for Floral Embroidery Shirt                                Date - Oldest First

April 5, 2008

**By Maxie**
**from Odessa, TX**

"Lovely embroidery! The sheer fabric of the shirt seems a bit flimsy for this heavy embroidery. The shirt runs a bit snug, I think and the sleeves are quite long. They are difficult to shorten too because the embroidery comes down so far. A bit on the pricey side, but lovely!"

**22** of **22** people found this review helpful.

Share this Review: 

Review 2 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**spectacular accent piece**
February 25, 2009

**By myharlie**
**from tennessee**

"this shirt is absolutely a show stopper! people will come up to you and remark about how gorgeous it is!"

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

**8** of **8** people found this review helpful.

Share this Review: 

Review 3 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**GORGEOUS TOP**
April 4, 2009

**By SUE**
**from SAN DIEGO, CA**

"THIS TOP IS REALLY GORGEOUS. I BOUGHT ONE WHEN THEY FIRST CAME OUT AT THE REGULAR PRICE AND AM BUYING ANOTHER ONE NOW. PEOPLE ACTUALLY COME UP TO ME AND TELL ME IT IS THE MOST BEAUTIFUL TOP THEY HAVE EVER SEEN. I AM SMITTEN BY EMBROIDERY ANYWAY, BUT THIS IS TRULY REMARKABLE. THE ONLY THING TO REMEMBER IS TO BUY IT ONE SIZE LARGER AS IT RUNS ON THE SMALL SIDE."

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

**7** of **7** people found this review helpful.

Share this Review:

---

Review 4 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**beautiful shirt**
April 15, 2009

**By Tina**

"I had been looking at this shirt for a long time and finally decided to purchase it. It is gorgeous. The embroidery is so pretty and the shirt is a wonderful light weight cotton. It is one of the best purchases I've made from Norm Thompson."

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

Share this Review:

---

Review 5 for Floral Embroidery Shirt

**Overall Rating:** ★★★★
**Fun shirt**
April 16, 2009

**By Susan**
**from California**

"This is a fun shirt to wear. It is a little overly embroidered (heavy) especially for the weight of the fabric, but I'm not sorry to have purchased it just because of that issue."

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

Share this Review:

---

Review 6 for Floral Embroidery Shirt

**Overall Rating:** ★★
April 17, 2009

**By jennifer**

"I was disappointed in this shirt. It was very long but not proportionately wide."

Would you recommend this product to a friend? No

**2** of **2** people found this review helpful.

Share this Review:

---

Review 7 for Floral Embroidery Shirt

**Overall Rating:** ★★★★
**So Beautiful! Colors are true.**
April 19, 2009

**By Lynn**

"I had been looking at this shirt for a long time and finally purchased it - wish I had waited til the sale, as it was pricey. But so beautiful in the catalog and in person. The colors in the pic are pretty true to life."

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

**1** of **1** people found this review helpful.

Share this Review:

---

Review 8 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**Simply Beautiful!!**
April 26, 2009

**By Gail**
**from Fort Myers, FL**

**Pros:** cool, comfortable, beautiful

"This shirt brought forth a comment from every person in my office! Everyone thought it was lovely--and so did I! It matches just about every pair of slacks I own, and it turns an ordinary day into something very special. The embroidery work is excellent. It is SIMPLY BEAUTIFUL!!"

Would you recommend this product to a friend? Yes

How often do you shop with us? Frequently

**1** of **1** people found this review helpful.

Share this Review:

---

Review 9 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**Just as advertised**
June 9, 2009

**By Penny**

"No surprises - it looks and feels as good as the picture. Great product that goes with everything in the closet."

Would you recommend this product to a friend? Yes

**2** of **2** people found this review helpful.

Share this Review:

---

Review 10 for Floral Embroidery Shirt

**Overall Rating:** ★★★★★
**incredible blouse**
July 19, 2009

**By sharon**
**from Indianapolis, IN**

"this has to be one of the most beautiful blouses I have ever seen. When I received mine I ordered two more for my best friends. thy also love them and have received many compliments."

Would you recommend this product to a friend? Yes

How often do you shop with us? Frequently

Share this Review:

---

Review 11 for Floral Embroidery Shirt

**Overall Rating:** ★
**Sent it back**
July 31, 2009

**By Karen**

"I didn't like this blouse and returned it. The fabric was not what I expected and it was puckerd all around the embroidery."

Would you recommend this product to a friend? No

**2** of **2** people found this review helpful.

Share this Review:

---

Review 12 for Floral Embroidery Shirt

**Overall Rating:** ★★★★
**Embroidered tunic - beautiful**
September 21, 2009

**By Mary**
**from GSO, NC**

"Finally! I have waited for an affordable opportunity to buy this shirt for a couple of years. It was worth the wait. It is a beautiful shirt and looks quite expensive."

Would you recommend this product to a friend? Yes

How often do you shop with us? Occasionally

Share this Review:

---

Review 13 for Floral Embroidery Shirt

**Overall Rating:** ★★
**Lovely concept**
November 11, 2009

**By Linda**
**from Minnesota**

"If the embroidery had been one tenth as heavy I would have kept this item and treasured it. As it is, the emboidery is MUCH too heavy for the fabric."

Would you recommend this product to a friend? No

Share this Review:

---

Ratings-Only Reviews for Floral Embroidery Shirt

| Rating | ★★★★★ |

**Would recommend?** Yes **1** out of **1**

Name & Address:
Robert J. Lauson
Lauson & Tarver, LLP
880 Apollo Street
Suite 301
El Segundo, CA 90245

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AndCake, Inc., a California corporation<br><br>PLAINTIFF(S)<br>v.<br><br>Norm Thompson Outfitters, Inc., an Oregon corportion<br>Does 1-9 Inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-00257-JCG**<br><br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Robert J. Lauson_____, whose address is __880 Apollo Street Suite 301 El Segundo, CA 90245_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JAN 1 4 2013__   By: __[signature]__
                              Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                           SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| AndCake Inc., a California Corporation | Norm Thompson Outfitters, Inc., an Oregon corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert J. Lauson of Lauson & Tarver, LLP<br>880 Apollo Street Suite 301 El Segundo, CA 902545<br>(310) 726-0892 | Peter J. Brann of Brann & Isaacson<br>184 Main Street, Fourth Floor<br>P.O. Box 3070 Lewiston, Maine 04243-3070<br>(207) 786-3566 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 USC 501 Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV13-00257

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                                  CIVIL COVER SHEET                                                  Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Oregon |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date 1-8-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |